# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAUF OSMAN,<br><br>          Plaintiff,<br><br>    vs.<br><br>APPLIED GENETIC TECHNOLOGIES CORPORATION, BILL ALISKI, YEHIA HASHAD, ED HURWITZ, SCOTT KOENIG, JIM ROBINSON, JAMES ROSEN, ANNE VANLENT, and SUE WASHER,<br><br>          Defendants. | Case No.: 1:22-cv-09707-PAE<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Rauf Osman ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: December 5, 2022          **BRODSKY & SMITH**

                                      By:  */s/ Evan J. Smith*
                                               Evan J. Smith
                                               240 Mineola Boulevard
                                               Mineola, NY  11501
                                               Phone:  (516) 741-4977
                                               Facsimile (561) 741-0626

                                               *Attorneys for Plaintiff*